## ARTHUR GRIFFIN *v.* COMMISSIONER OF CORRECTION

The petitioner Arthur Griffin's petition for certification for appeal from the Appellate Court, 123 Conn. App. 840 (AC 31298), is denied.

EVELEIGH, J., did not participate in the consideration of or decision on this petition.

*Lisa A. Vanderhoof*, special public defender, in support of the petition.

Decided November 4, 2010

## STATE OF CONNECTICUT *v.* ANTHONY W. ROGERS

The defendant's petition for certification for appeal from the Appellate Court, 123 Conn. App. 848 (AC 31421), is denied.

EVELEIGH, J., did not participate in the consideration of or decision on this petition.

*John R. Williams*, in support of the petition.

*Raheem L. Mullins*, assistant state's attorney, in opposition.

Decided November 4, 2010

## STATE OF CONNECTICUT *v.* KYLE COLLINS

The defendant's petition for certification for appeal from the Appellate Court, 124 Conn. App. 249 (AC 30127), is denied.